UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO.<br>) |
| JOSE M. PIMENTEL and<br>MARIA M. PIMENTEL,<br>  Defendants | )<br>)<br>) |

04 1    PBS

**NOTICE OF COMPLAINT FOR APPROVAL OF MORTGAGE FORECLOSURE
IN ACCORDANCE WITH THE SOLDIERS' AND SAILORS'
CIVIL RELIEF ACT OF 1940**

TO: Jose M. Pimentel
P.O. Box 3402
658 Drift Road
Westport, MA 02790

Maria M. Pimentel
P.O. Box 3402
658 Drift Road
Westport, MA 02790

and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage of real property with statutory power of sale, at 658 Drift Road, Westport, Bristol County, Massachusetts, as follows. The mortgage was given to Jose M. and Maria M. Pimentel to the Farmers Home Administration, is dated June 5, 2002, and is recorded in Book 5556 at Page 58 of the Bristol County Registry of Deeds.

The Farm Service Agency ("FSA") is successor to the Farmers Home Administration, United States Department of Agriculture.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940 to foreclose the mortgage by entry and possession and by the exercise of a power of sale contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 and object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from the date of service or you may forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED:                              Clerk

                                By: _____
                                    DEPUTY CLERK