UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>v.<br><br>JOSE M. PIMENTEL and<br>MARIA M. PIMENTEL,<br>        Defendants | CIVIL ACTION NO. |

## ORDER OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture, shall on or before 40 days from the date of this Order:

(1) publish a copy of the attached NOTICE once in the Shorelines Newspaper, a newspaper published in Westport, Massachusetts, and the Shorelines Newspaper having general circulation in Westport, Massachusetts;

(2) mail by certified mail a copy of the attached NOTICE and of the COMPLAINT to the defendant at their last known address;

(3) record a certified copy of the attached NOTICE in the Bristol County Registry of Deeds.

TONY ANASTAS

Dated:

_____
Clerk
By _____
Deputy Clerk