UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>      Plaintiff,  )<br>                              )<br>      v.  )<br>                              )<br>JOSE M. PIMENTEL and  )<br>MARIA M. PIMENTEL,  )<br>      Defendant.  ) | Court No.  04-cv-11798-PBS |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, dismisses this action with prejudice because the defendants, Jose M. Pimentel and Maria M. Pimentel, have satisfied their debt to the United States.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: January 31, 2005

**CERTIFICATE OF SERVICE**

Suffolk, s.s.                                                                                                              Boston, MA

    I hereby certify that on the 31st of January 2005, I have served a copy of the foregoing by mailing to Jose and Maria Pimentel at 658 Drift Road, Westport, MA.

 /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney